# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

David Jenkins

_Write the full name of each plaintiff._

-against-

William DeBlasio - Mayor (NYC)
James O'Neil - Commissioner (NYPD)
John Doe Police Officer #1
John Doe Police Officer #2

_Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV._

17 CV 7383

No. _____

(To be filled out by Clerk's Office)

## COMPLAINT
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

David _____ Jenkins
First Name        Middle Initial        Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Vernon C. Bains Center
Current Place of Detention

1 Halleck Street
Institutional Address

Bronx                  N.Y.          10474
County, City           State         Zip Code

III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:
First Name: William
Last Name: DeBlasio
Shield #: N/A
Current Job Title (or other identifying information): Mayor of the City of New York
Current Work Address: Gracie Mansion
County, City: New York
State: NY
Zip Code: 10001

Defendant 2:
First Name: James
Last Name: O'Neil
Shield #: N/A
Current Job Title (or other identifying information): Commissioner - NYC Police Department
Current Work Address: 1 Police Plaza
County, City: New York,
State: N-Y.
Zip Code: 10012

Defendant 3:
First Name: John
Last Name: Doe #1
Shield #: N/A
Current Job Title (or other identifying information): NYC Police officer - Warrant Squad
Current Work Address: 1 Police Plaza
County, City: New York
State: N-Y-
Zip Code: 10012

Defendant 4:
First Name: John
Last Name: Doe #2
Shield #: N/A
Current Job Title (or other identifying information): 1 Police Plaza NYC Police Dept.
Current Work Address: 1 Police Plaza
County, City: New York
State: NY
Zip Code: 10012

V. STATEMENT OF CLAIM

Place(s) of occurrence: 239 E 115th Street NY. NY.

Date(s) of occurrence: July 25, 2017 6:00 A.M.

FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

On the above date and approximate time a warrant was executed at the above address, where I was arrested in front of my family and children without incident of arrest. Such warrant was executed based upon information and belief of the New York County District Attorney's office for the initial charge of domestic violence. I was charged, detained and remanded to the custody of the NYC Dept. of Corrections, such custody continued until bail was posted for my release on bail. The case continued on until and throughout the months until September 6th 2017, when such case was dismissed in favor of the accused.

Page 4

INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Due to such arrest I suffered undue hardship, Pain and suffering, Mental anguish duress and Loss of Community Status.

VI.  RELIEF

State briefly what money damages or other relief you want the court to order.

For My Pain, Suffering and Mental anguish I seek $3,000,000 dollars, for Duress undue hardship and Loss of Community ties and Status I seek $4,700,000 to ~~to tot~~ total relief in the amount of $7,700,000.

VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

September 13, 2017
Dated

Plaintiff's Signature

David / Jenkins
First Name / Middle Initial / Last Name

1 Halleck Street (Vernon C. Bain Center)
Prison Address

Bronx, NY 10474
County, City / State / Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: _____

DAVID JENKINS # 14R0250
DownSTATE Correctional FACILITY
Box. F
RED School House Road
Fishkill New. York 12524-0445

DOWNSTATE CORRECTIONAL FACILITY    DOWNSTATE    NEOPOST 09/22/2017 US POSTAGE $002.24⁰    FIRST-CLASS MAIL
ZIP 12524
041M11284855

Pro Se

MG

To: United States District Court
Southern District
500 Pearle Street
New York, N.Y. 10017

RECEIVED SEP 26 2017 CLERK'S

USM P3 SDNY

RECEIVED SDNY DOCKET 2017 SEP 27 AM 9: